Cause Number : WR-87,833-01

Ex Parte                    § In the Court of
Ryan Andrew Peucker        § Criminal Appeals
Applicant                   § at Austin, Tx.

Applicant's Motion to Supplement the record

To The Honorable Court,

This motion is in reference to this Court's granting the Applicant's motion to allow supplementations of the habeas record for this Court's review.

Applicant requests that this Court will adopt Applicant's motion to object to State, and Appellant attorney's response for this purpose.

Prayer :

MOTION DENIED
DATE: 3/7/18
BY: PC

Applicant prays that this Honorable Court will grant this motion on it's merits.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 05 2018

Deana Williamson, Clerk

## Certificate of Service

I, Ryan Andrew Peucker, do certify that a true and correct copy of the above has been delivered to Deana Williamson, Clerk of the Court of Criminal Appeals at: P.O. Box 12308 Capitol Station Austin, Tx. 78711. On this 27th day of Feburary, 2018

Respectfully Submitted,

Ryan Peucker

Deana Williamson - Clerk
Court of Criminal Appeals
P.O. Box 12308 Capitol Station

Date: Feburary 27. 2018
RE: Writ No: WR-87, 833-01

Enclosed is one (1) copy of Applicant's Motion to Supplement the Record, to be filed with this Court in your usual fashion.

Sincerely,

Ryan Peucker #2008689
2661 FM 2054
Tennessee Colony, TX. 75884